IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAYMOND D. JACKSON,** | 2:05-CV-2338 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **TERESA SCHWARTZ, et al.,** | |
| Defendants. | |

On March 23, 2007, Defendants filed a request for an extension of time to file a responsive pleading to Plaintiff's Complaint. Defendants seek an extension up to and including April 13, 2007. Good cause appearing, Defendants will have up to and including April 13, 2007, to file a responsive pleading.

IT IS SO ORDERED.

DATED: March 30, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1