IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, Sr.,

      Plaintiff,                          No. CIV S-05-2338 LKK KJM P

    vs.

TERESA SCHWARTZ, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 10, 2007, defendants filed a motion to dismiss, alleging that plaintiff had not exhausted his administrative remedies. On May 11, 2007, plaintiff filed a response to the motion, conceding that he had not adequately exhausted his remedies and asking the court to dismiss this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 24, 2007.

_____
U.S. MAGISTRATE JUDGE

2
jack2338.59